# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 16 WAL 2022

        Respondent               :

                                :   Petition for Allowance of Appeal

             v.                     :   from the Order of the Superior Court

                                :

KLAYTON MASSIE,                :

        Petitioner               :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.